# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT HOOT, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-02142-LDG-GWF |
| vs. | ) | **ORDER** |
| NYE COUNTY, NEVADA, et al., | ) | Motion for Permission |
| | ) | of File Electronically (#27) |
| Defendants. | ) | |

This matter comes before the Court on pro se Plaintiff Robert Hoot's Motion for Leave to File Electronically (#27), filed on April 14, 2014.  Plaintiff requests permission to file all future pleadings electronically through the Court's CM/ECF filing system because his residence is a distance from the Court and filing in person has proven cumbersome and expensive.  The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Electronically (#27) is **granted**.  Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before **June 20, 2014**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov

    b. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

     c.     Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 20th day of May, 2014

_____
GEORGE FOLEY, JR.
United States Magistrate Judge